IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
───────────────────────────────────────────────────────────────────────

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

v.

                                          10-cr-141-wmc

GAYLE RACHUY,

                Defendant.
───────────────────────────────────────────────────────────────────────

As part of his ex parte motion for subpoenas, pro se defendant Gayle Rachuy asked for several types of discovery that are not confidential and do not require subpoenas. Rachuy is entitled to this information. Therefore, it is ORDERED that:

(1) The Probation Office must provide to Rachuy a copy of all of his conditions of supervised release and a copy of the current petition for revocation;

(2) The U.S. Attorney's Office must provide to Rachuy a copy of all the evidence in its possession related to the current revocation proceedings.

(3) Stand-by counsel Bierma shall help Rachuy prepare a request to the court reporter for a transcript of that portion of April 5, 2019 hearing relating to Probation Officer Pick's report of the surveillance camera at Rachuy's residence. I will approve CJA funds to pay for a transcript of this portion of the hearing. Rachuy has not requested and I am not authorizing preparation of the entire transcript, but doubts about what to include should be resolved in favor of inclusion.

    Date: April 17, 2019

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge