IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GALE RACHUY,

    Defendants.

ORDER

10-cr-141-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 8th day of October, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge